**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | |
|---|---|
| **RAYMOND RACEY,** | ) |
| | ) |
| *Petitioner*, | ) |
| | ) |
| **v.** | )     **Nos.**    **3:16-CV-619/ 3:14-CR-89** |
| | )            **REEVES/GUYTON** |
| **UNITED STATES OF AMERICA,** | ) |
| | ) |
| *Respondent*. | ) |

## JUDGMENT ORDER

In accordance with the accompanying Memorandum Opinion, Petitioner Raymond Racey's motion [Doc. 1; 3:14CR-89 Doc. 527] is **GRANTED in part** and **DENIED in part**.

Racey's claim for relief due to his attorney's failure to file a notice of appeal as instructed is **GRANTED**. The judgment entered on October 15, 2015 [3:14-CR-89, Doc. 427] is **VACATED**, and the Clerk of Court is **DIRECTED** to **RE-ENTER** that judgment as of this date.

Racey's claim for relief for ineffective assistance of counsel during the plea bargain process is **DENIED**. However, a certificate of appealability is **GRANTED** with respect to this claim. If Racey files a notice of appeal, he may proceed *in forma pauperis*. 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24. The Clerk of Court is further **DIRECTED** to close the civil case, Case No. 3:16-CV-619.

**IT IS SO ORDERED.**

_____
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT

*/s/ JOHN L. MEDEARIS*
    CLERK OF COURT

1